IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHANE GALLAGHER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 1:07CV660-WHA |
| GENEVA COUNTY COMMISSION, | ) ) ) |
| Defendant. | ) |

### GENEVA COUNTY COMMISSION'S MOTION TO DISMISS

COMES NOW the Geneva County Commission, Defendant in the above-styled cause, and submits this Motion to Dismiss pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure and state as follows:

I. The Plaintiff's Federal Law Claims are due to be dismissed.

  A. Geneva County, Alabama is entitled to have the Plaintiff's 42 U.S.C. § 1983 claims against it dismissed.

   1. Forty-two U.S.C. § 1983 is not a source of substantive rights; therefore, "violation" of this section fails to state a claim.

   2. The Plaintiff has failed to allege that any policy or custom of Geneva County was the moving force behind the alleged violation of his rights.

  B. Geneva County cannot be held vicariously liable for the actions of Sheriff Ward because Sheriff Ward is not a Geneva County employee for purposes of *respondeat superior*.

II. All claims against fictitious parties are due to be stricken

      III.    The Geneva County Commission is immune from punitive damages.

Respectfully submitted this 19th day of July, 2007.

                                                            _____
                                                            C. RICHARD HILL, JR. (HIL045)
                                                            Attorney for Defendant
                                                            Geneva County Commission

OF COUNSEL:

Webb & Eley, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124-0909
(334) 262-1850 - Telephone
(334) 262-1772 – Fax
rhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of July, 2007, I filed the foregoing with the Clerk of the Court and mailed, postage prepaid, a copy of the same to the following:

J. E. Sawyer, Jr., Esquire
203 Edwards Street
Enterprise, Alabama 36330

and that I have served the foregoing Motion to Dismiss by sending a copy of the same via Federal Express, fees paid, upon:

Honorable Gale Laye
Geneva County Circuit Court Clerk
200 N. Commerce Street
Geneva, Alabama 36340

                                                           _____
                                                           OF COUNSEL