IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHANE GALLAGHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv660-WHA |
| | ) |
| GENEVA COUNTY COMMISSION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss (Doc. #2), filed on July 19, 2007, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before August 14, 2007** why the motion should not be granted. The Defendant shall file any reply it wishes to **on or before August 21, 2007.** The motion will be taken under submission on that day for determination without oral hearing.

DONE this 24th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE