IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHANE GALLAGHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv660-WHA |
| | ) | |
| GENEVA COUNTY COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Remand (Doc. #5), filed on July 27, 2007, it is

ORDERED that the Defendant shall show cause, if any there be, **on or before August 20**, **2007** why the motion should not be granted. The Plaintiff shall have **until August 27, 2007**, to file any reply he may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 30th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE