**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CIRCUIT CLERK AND REGISTER
   GENEVA COUNTY
   200 NORTH COMMERCE ST
   P O BOX 86
   GENEVA AL 36340

2. Article Number (Transfer from service label): 7007 1490 0000 0026 6565

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Gau Laye_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): GALELAYE

C. Date of Delivery: 9/18/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   1:07CV660
   #9 Order

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Domestic Return Receipt                    102595-02-M-1540